# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** ROGER JASON STONE, JR. (J)#　　**CASE NO:** 19-6039-SNOW

**AUSA:** Jared Strauss / Aaron Zelinsky (DC)　　**ATTY:** Robert ~~Bushell~~ Buschel present  Bruce Rogow
(If applicable-appeals colloquy)

**AGENT:** _____　　**VIOL:** REMOVAL: Washington, DC-18:1001, 1505, 1512, 2

**PROCEEDING:** INITIAL APPEARANCE　　**RECOMMENDED BOND:** $250,000 PSB

**BOND HEARING HELD:** (yes) no　　**COUNSEL APPOINTED:** _____

**BOND SET @:** $250,000 PSB　　**To be cosigned by:** _____

✓ Do not violate any law.

✓ Appear in court as directed.

✓ Surrender and / or do not obtain passports / travel documents.

✓ Rpt to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person.

✓ Random urine testing by Pretrial Services. ✓
Treatment as deemed necessary.

✓ See doctors as per PTS report
☐ Maintain or seek full-time employment.

✓ No contact with victims / witnesses.

☐ No firearms.
✓ do not change address w/o permission

☐ Curfew: _____

✓ Travel extended to: SDFL, SDNY + DC + EDNY + ED Virginia

✓ Not to sell or encumber real properties
☐ ~~Halfway House~~

Handwritten notes (right side):
- A - advised of charges.
- A - Waives removal
- Removal ordered

**NEXT COURT APPEARANCE:**　**DATE:**　**TIME:**　**JUDGE:**　**PLACE:**

**INQUIRY RE COUNSEL:** _____

**PTD/BOND HEARING:** _____

**PRELIM/ARRAIGN. OR REMOVAL:** _____

**CHECK IF APPLICABLE____:** For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

**DATE:** 1-25-19　　**TIME:** 11:00am　　**DAR:** 11:02:48　　**PAGE:** 5

10 min