```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                        FORT LAUDERDALE DIVISION
 3
                       CASE NO.:  19-mj-06039-LSS-1
 4

 5

 6

 7  UNITED STATES OF AMERICA,    )
                                 )
 8          Plaintiff,           )         January 25, 2018
                                 )
 9                               )
    ROGER JASON STONE, JR.,      )         Pages 1 - 8
10                               )
            Defendant.           )
11  _____/

12

13

14
                       INITIAL APPEARANCE HEARING
15
               BEFORE THE HONORABLE LURANA S. SNOW
16                  UNITED STATES MAGISTRATE JUDGE

17

18

19

20
    APPEARANCES:
21

22  On behalf of Plaintiff:

23                       UNITED STATES ATTORNEY'S OFFICE
                         500 E. Broward Boulevard
24                       Suite 700,
                         Fort Lauderdale, FL 33394
25                       BY:  JARED M. STRAUSS, AUSA
                         BY:  AARON ZELINSKY, AUSA
```

```
 1

 2   APPEARANCES CONTINUED:

 3
     On behalf of the Defendant:
 4
                              BUSCHEL GIBBONS, P.A.
 5                            100 S.E. 3rd Avenue
                              Suite 1300,
 6                            Fort Lauderdale, FL 33394
                              BY:  ROBERT C. BUSCHEL, ESQ.
 7

 8

 9   Transcribed By:

10                            BONNIE JOY LEWIS, R.P.R.
                              7001 SW 13 Street
11                            Pembroke Pines, FL  33023
                              954-985-8875
12                            caselawrptg@gmail.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              (Thereupon, the following proceeding was held:)
 2              THE COURTROOM DEPUTY:  All rise.  Court is back in
 3   session.  You may be seated.
 4              Calling Case 19-6039; USA versus Roger Jason Stone,
 5   Junior.
 6              THE COURT:  All right.  May I have counsel's
 7   appearance.
 8              MR. BUSCHEL:  Yes, Judge.
 9              Robert Buschel.  I am here with Bruce Regow, Grant
10   Smith, and Tara Campion (phonetic) on behalf of Roger Stone.
11              THE COURT:  All right.  I assume it is a permanent
12   appearance for this district.
13              MR. BUSCHEL:  Yes, Judge, and I filled that out this
14   morning.
15              THE COURT:  All right.  If you would ask your client
16   to come up to the podium, please.
17              All right.  Mr. Stone, you are here for an initial or
18   first appearance on an indictment that has been returned
19   against you.  The indictment charges in Count 1 obstruction of
20   a proceeding, Counts 2 through 6 are false statements to a
21   legislative branch of the Government, and Count 7 is witness
22   tampering.
23              You have a right to have an attorney to represent you
24   through all stages of the proceedings both here and in the
25   District of Columbia and your lawyers have entered a permanent
```

1  appearance for this district.  You also have a right to a
2  reasonable bond.
3        I understand there is a jointly recommended bond; is
4  that correct?
5        MR. BUSCHEL:  Yes, ma'am.
6        THE COURT:  All right.  The bond will be set then in
7  the amount of $250,000 personal surety.
8        That is a signature bond.  You will not be required to
9  put up any money with the Court or with the bondsman, but you
10 will sign a bond in the amount of $250,000.
11       As long as you come to court when you are notified to
12 appear and you abide by all your bond conditions, you would
13 never have to pay anything on that bond.  But if you are
14 notified to appear and you deliberately fail to appear, then
15 your bond would be revoked and the Government would sue you for
16 $250,000.
17       Do you understand?
18       THE DEFENDANT:  I understand.  Thank you, Your Honor.
19       THE COURT:  All right.  There are a series of other
20 conditions.  Travel is restricted.  It says the Southern
21 District of Florida, the Southern District of New York, and the
22 District of Columbia.
23       I think if he is going to New York, you might want to
24 include the Eastern District because of the airports.
25       MR. STRAUSS:  Your Honor, Jared Strauss, assistant

1  U.S. attorney for the United States and Aaron Zelinsky,
2  assistant special counsel also for the United States.
3           We would agree the Eastern District of New York, as
4  well as the Eastern District of Virginia, given that the
5  airports for D.C. are there as well.
6           THE COURT:  If you need to go somewhere else other
7  than those three places, then your lawyer would file a motion
8  for permission to travel.
9           So it is the Southern and Eastern Districts of New
10 York, and the Southern District of Florida, which goes from
11 Vero Beach down to Key West, and the Eastern District of
12 Virginia and the District of Columbia.
13          You are not to change your address without
14 notification and permission of the Court.  You are not to
15 commit any further state or federal crimes.  You are to
16 surrender your passport and travel documents.
17          Now is the passport here?
18          THE DEFENDANT:  I do not currently own a valid
19 passport.  It is expired.
20          THE COURT:  All right.  So do not apply for a new
21 passport or a passport renewal while your case is pending.  You
22 are to report to Pretrial Services as directed.
23          You are not to contact or communicate with any
24 witnesses or potential witnesses, except through your lawyer.
25 Your lawyer can talk to anybody you want your lawyer to.  That

1  is for your protection as well as for the witnesses.  Pretrial
2  Services will have a list from the Government.
3         And you are not to sell or encumber any of your
4  personal or real property without permission of the Court
5  because that is securing the bond.  So if you were to sell your
6  house you would need to substitute.
7         Have I left anything out?
8         MR. ZELINSKY:  Your Honor, Aaron Zelinsky on behalf of
9  the United States.  With me in the courtroom as well are
10 Special Agents Michelle Taylor and Curtis Heide of the FBI.
11        On discussion with Mr. Stone's counsel in Pretrial,
12 there are two additional conditions that are agreed upon that
13 we would seek to add.  The first is that Mr. Stone continue to
14 see any doctors as specified in the Pretrial Report.  And the
15 second is that Mr. Stone undergo standard substance abuse
16 testing as specified by Pretrial.
17        THE COURT:  That is agreed to?
18        MR. BUSCHEL:  Yes, Judge.
19        THE COURT:  All right.  Mr. Stone, you are to continue
20 to get whatever medical treatment you have been getting and you
21 are to participate in substance abuse screening.  If that is
22 negative, I do not see the need for drug testing on a regular
23 basis.
24        MR. ZELINSKY:  We would defer to Pretrial on that,
25 Your Honor.

1           THE COURT:  Okay.  So it is up to Pretrial.
2           In other words, if there is nothing there, then they
3  won't order it further.
4           All right.  Now, Mr. Stone, you do have a right -- the
5  only thing that is going to happen here in Florida is what we
6  call a removal hearing.  The removal hearing is an identity
7  hearing.  The Government would have to show that you are the
8  same Roger Jason Stone, Junior who has been charged in the
9  indictment.  You may have that hearing.  You may also waive it.
10          Is he going to waive removal?
11          MR. BUSCHEL:  He's going to waive removal, Judge.
12          THE COURT:  All right.  If you waive removal you are
13 not admitting a thing about the charges.  You are just agreeing
14 to voluntarily appear in the District of Columbia.
15          Is that what you would like to do?
16          THE DEFENDANT:  Yes, Your Honor.
17          THE COURT:  All right.  The Court finds that Mr. Stone
18 understands his right to a removal or identity hearing.  That
19 he has knowingly, and voluntarily, and intelligently waived
20 that right and a removal will be ordered.
21          Okay.  I think the Marshals probably need to release
22 him from upstairs because they --
23          UNIDENTIFIED SPEAKER:  Fourth floor.
24          THE COURT:  Pardon me?
25          UNIDENTIFIED SPEAKER:  The fourth floor.

```
 1              THE COURT:  I believe so.  Fourth floor or third
 2   floor.
 3              UNIDENTIFIED SPEAKER:  Okay.  We will see you there.
 4              THE COURT:  Because they just need to make sure there
 5   is nothing else outstanding and you will be free to go.
 6              UNIDENTIFIED SPEAKER:  Could we sit at the table to
 7   uncuff him?
 8              THE COURT:  Yes.
 9              MR. ZELINSKY:  Your Honor, just one more issue to put
10   on the record.
11              THE COURT:  Yes.
12              MR. ZELINSKY:  We are presently discussing with
13   counsel an appearance date in the District of Columbia.  We
14   will coordinate that with counsel as soon as we have those
15   dates from the Court in D.C.
16              THE COURT:  All right.  I am glad you mentioned that
17   because it is your obligation to find out when he is needed up
18   there.
19              MR. ZELINSKY:  Very good.
20              UNIDENTIFIED FEMALE SPEAKER:  I need you to print your
21   name and put your complete address and telephone number.
22              MR. ZELINSKY:  Nothing further from the Government,
23   Your Honor.
24              THE COURT:  All right.  Court is in recess.
25              (Thereupon, the proceedings concluded.)
```

```
 1
 2                         CERTIFICATE
 3
 4      I hereby certify that the foregoing transcript is an
 5 accurate transcript of the audio recorded proceedings in the
 6 above-entitled matter.
 7
 8
 9
10
   12/05/17                     Bonnie Joy Lewis,
11                        Registered Professional Reporter
                             CASE LAW REPORTING, INC.
12                           7001 Southwest 13 Street,
                            Pembroke Pines, Florida 33023
13                                 954-985-8875
14
15
16
17
18
19
20
21
22
23
24
25
```